1  REBECCA BRUCH, ESQ. (SBN 7289)
   ERICKSON, THORPE & SWAINSTON, LTD.
2  99 W. Arroyo Street
   Reno, Nevada 89509
3  Tel. 775-786-3930
   Fax. 775-786-4160
4  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WENDY AMLAND, an individual, | Case No. 2:15-cv-02463-RFB-VCF |
| Plaintiff, | |
| vs. | |
| NYE COUNTY SHERIFF'S OFFICE, ex. rel. NYE COUNTY, a political subdivision of the State of Nevada; EMPLOYEE(S) AGENT DOES I through V, inclusive; and ROE ENTITIES I through V, inclusive, | |
| Defendants. | |

## STIPULATION FOR REQUEST FOR EXTENSION TO HAND-DELIVER ENE STATEMENTS

Plaintiff, WENDY AMLAND and Defendant, NYE COUNTY SHERIFF'S OFFICE, by and through their respective attorneys of record, ANDREW REMPFER of the LAW OFFICES OF STEVEN J. PARSONS and REBECCA BRUCH, ESQ. of ERICKSON, THORPE & SWAINSTON, LTD., request an extension of one (1) day to deliver the Early Neutral Evaluation Statement to Magistrate Judge Koppe's chambers.

RESPECTFULLY SUBMITTED this 4th day of April, 2016.

| | |
|---|---|
| /s/ Andrew L. Rempfer, Esq. | /s/ Rebecca Bruch, Esq. |
| ANDREW L. REMPFER, ESQ. (SBN 8628) | REBECCA BRUCH, ESQ. |
| LAW OFFICES OF STEVEN J. PARSONS | (SBN 7289) ERICKSON, THORPE |
| 7201 W. Lake Mead Blvd, Ste. 108 | & SWAINSTON, LTD. |
| Las Vegas, NV 89128-8354 | 99 West Arroyo Street |
| Attorney for Plaintiff | Reno, Nevada 89509 |
| | Attorney for Defendant |

1

ORDER

Based on the above and foregoing stipulation and good cause appearing, it is hereby; ORDERED that the Early Neutral Evaluation Statements shall be hand-delivered to my chambers no later than April 6, 2016, at 12:00 p.m.

Dated this __4th__ day of April, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge