1  Andrew L. Rempfer
   Nevada Bar No. 8628
2  Jennifer D. Golanics
   Nevada Bar No. 13687
3  LAW OFFICES OF STEVEN J. PARSONS
   7201 W Lake Mead Blvd Ste 108
4  Las Vegas NV 89128-8354
   (702) 384-9900
5  (702) 384-5900 (fax)
   Andrew@SJPlawyer.com
6  Jennifer@SJPlawyer.com

7  Attorneys for Plaintiff
   WENDY AMLAND

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WENDY AMLAND, an individual, | Case No. 2:15-cv-02463-RFB-VCF |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| NYE COUNTY SHERIFF'S OFFICE, ex. rel. NYE COUNTY, a political subdivision of the State of Nevada; EMPLOYEE(S) AGENT DOES I through V, inclusive; and ROE ENTITIES I through V, inclusive, | |
| Defendants. | |

Andrew L. Rempfer of LAW OFFICES OF STEVEN J. PARSONS, counsel for Plaintiff WENDY AMLAND ("Ms. Amland") and Rebecca Bruch of ERICKSON, THORPE & SWAINSTON, LTD, counsel for NYE COUNTY SHERIFF'S OFFICE, ex. rel. NYE COUNTY ("Nye County" or the "County"), by and through their counsel, hereby stipulate as follows:

1. The parties agree to dismiss this matter, with prejudice; and,

2. Each side shall bear their own attorneys' fees and costs.

. . .

. . .

. . .

. . .

1   Dated: Monday, May 16, 2016.

2   LAW OFFICES OF STEVEN J. PARSONS                ERICKSON, THORPE & SWAINSTON, LTD

3   /s/ Andrew L. Rempfer                           /s/ Rebecca Bruch
    ANDREW L. REMPFER                               REBECCA BRUCH
4   Nevada Bar No. 8628                             Nevada Bar No. 7289

5   Attorney for Plaintiff                          Attorney for Defendant
    WENDY AMLAND                                    NYE COUNTY SHERIFF'S OFFICE,
6                                                   ex. rel. NYE COUNTY

7

8                            SO ORDERED

9

10  _____
    RICHARD F. BOULWARE, II
11  United States District Judge

12   DATED this 19th day of May, 2016.